In the Matter of the Application of CHEBRA BIKOR CHOLEM B'NAI ISRAEL ANSCHEI BARANOFF CONGREGATION, Respondent, to Vacate an Order Consolidating it with THE CONGREGATION NACHLES ZWIE LINAS HAZEDEK B'NAI MENASCHE, Appellant.

*Matter of Chebra Bikor Cholem B'nai Israel Anschei Baranoff Congregation*, 166 App. Div. 914, affirmed.
(Argued April 13, 1915; decided May 4, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 15, 1915, which affirmed an order of Special Term vacating an order theretofore entered consolidating two corporations.

*Leon Sanders* and *L. E. Schlechter* for appellant.

*Max Corin* for respondent.

Order affirmed, with costs; no opinion.
Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.